# CRIMINAL DOCKET · U.S. District Court

| | | |
|---|---|---|
| PO ☐ | 0539 03 3917 | ☐ JUVENILE |
| Misd. ☐ | Disp./Sentence | ☐ ALIAS |
| Felony ☒ District | Off Judge/Magistr. | OFFENSE ON INDEX CARD |

PENNINGTON, MARK CLAIRBORNE

Case Filed: 5/19/92  Docket No. 00232  Def. 01
No. of Def's: 01
U.S. MAG. CASE NO.: 3 0 1992

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 18:922(g)(1); 924(e)(1) | Felon in possession of firearm. Ct. 1 (4-15-92) | 1 | |

SUPERSEDING COUNTS

## II. KEY DATE

**INTERVAL ONE**
- KEY DATE — EARLIEST OF
  - ☐ arrest
  - ☐ sum'ns
  - ☐ custody
  - ☐ appears—on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)**
- KEY DATE: 5-19-92 APPLICABLE
  - ☒ Indictment filed/unsealed
  - ☐ consent to Magr. trial on complaint
  - ☐ Information
  - ☐ Felony-W/waiver

- KEY DATE: 6-23-92
  - a) ☐ 1st appears on pending charge / R40
  - b) ☐ Receive file R20/21
  - c) ☐ Supsdg: ☐ Indt ☐ Inf
  - d) ☐ Order New trial
  - e) ☐ Remand  f) ☐ G/P Withdrawn

**END INTERVAL TWO**
- KEY DATE: 8-28-92 APPLICABLE
  - ☐ Dismissal
  - ☒ Pled guilty ☒ After N.G.
  - ☐ Nolo ☐ After nolo
  - ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 8-28-92 | SENTENCE DATE 11-6-92 | PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov't motion |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. |
|---|---|---|---|
| Summons | Issued / Served | | |
| Arrest Warrant Issued | | 5-20-92 | HBS/3914 |
| COMPLAINT ▶ | | | |

INITIAL APPEARANCE DATE ▶

PRELIMINARY EXAMINATION OR REMOVAL HEARING
- Date Scheduled ▶
- Date Held ▶
- ☐ WAIVED ☐ NOT WAIVED
- ☐ INTERVENING INDICTMENT

Tape Number

INITIAL/NO.

OUTCOME:
- ☐ DISMISSED
- ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
- ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest      OFFENSE (In Complaint)

G 66
N. 64

Show last names and suffix numbers of other defendants on same indictment/information:

RULE: ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

## IV. ATTORNEYS

U.S. Attorney or Asst.

Paul D. Macaluso, AUSA.

Defense: 1 ☐ CJA  2 ☐ Ret.  3 ☐ Waived  4 ☐ Self  5 ☐ Non/Other  6 ☒ PD  7 ☐ CD

**PAUL STICKNEY**
FPD
525 N Griffin, Suite 629
Dallas, TX 75242

Federal Public Defender
525 Griffin Street
Suite 629
Dallas, TX 75202
214 767-2746

### BAIL • RELEASE

**PRE-INDICTMENT**
- Release Date:
- ☐ Bail Denied   ☐ Fugitive
- ☐ Pers. Rec.
- AMOUNT SET   ☐ PSA
- $ ___   Conditions
- Date Set   ☐ 10% Dep.
- ☐ Surety Bnd
- ☐ Bail Not Made   ☐ Collateral
- Date Bond Made   ☐ 3rd Prty
- ☐ Other

**POST-INDICTMENT**
- Release Date:
- ☐ Bail Denied   ☐ Fugitive
- ☐ Pers. Rec.
- AMOUNT SET   ☐ PSA
- $ ___   Conditions
- Date Set   ☐ 10% Dep.
- ☐ Surety Bnd
- ☐ Bail Not Made   ☐ Collateral
- Date Bond Made   ☐ 3rd Prty
- ☐ Other

APPEALS FEE PAYMENTS

## FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

| DATE DOCUMENT NO. | V. PROCEEDINGS | | EXCLUDABLE DELAY | | |
|---|---|---|---|---|---|
| | | | Start Date / End Date | Ltr Code | Total Days |
| **1992** | | | | | |
| May 19, | INDICTMENT.                                                             gs | | | | |
| May 20 | Issued WARRANT FOR ARREST.                                              gs | | | | |
| Jun 9 | MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM    dh | | | | |
| | ORDER that the Clerk issue a writ of habeas corpus ad prosequendum.                                                  JB/dh | | | | |
| | ISSUED WRIT OF HABEAS CORPUS AD PROSEQUENDUM    dh | | | | |
| Jun 11 | ORDER that the clerk issue a writ of habeas corpus ad prosequendum.                                                  JB/dh | | | | |
| | WRIT OF HABEAS CORPUS AD PROSEQUENDUM ISSUED.    dh | | | | |
| JUN 12 | MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM   svc | | | | |
| | ORDER...Motion for issuance of writ is granted. Clerk of Court is ordered to issue writ of Habeas corpus ad presequendum<br>cpy Judge,AUSA,PT,PB,Cnsl,Ester/dkt 6-15-92   JB:Svc | | | | |
| | Issued WRIT OF HABEAS CORPUS AD PROSEQUENDUM    svc | | | | |
| Jun 23 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER...as cnsl of record for Deft. Such appt shall be for all proceedings, including any appeal.                           WFS/nbs<br>cys: judge, ausa, fpd, pt, pb, usm, esther 6/23/92<br>dktd 7/6/92 | | | | |
| JUL 17 | MO...Arraignment..Deft plea NG, Trial set for 9-8-92;   svc | | | | |
| | PRETRIAL ORDER...Case is set for trial on 4 week docket of 9-8-92; Govt full discovery by 8-3-92; Deft provide full discovery & Govt shall provide each deft with all excupatory evidence. All pretrial motions by 8-3-92 Govt response to pretrial motions by 8-10-92 & any reply by deft by 8-17-92; Govt Pretrial matl by 8-17-92; Deft pretrl matl by 8-21-92; Final Pretrial Conf 8-28-92 @ 9:00. See order for specifics<br>Cpy Judge,AUSA,PT,PB,USM,Cnsl,Ester/dkt7-21-92   JB:svc | | | | |
| AUG 3 | MOTION FOR DISCOVERY AND INSPECTION AND BRIEF    svc | | | | |
| | MOTION FOR <u>BRADY</u> AND <u>GIGLIO</u> MATERIAL AND BRIEF    svc | | | | |
| | RULE 608 MOTION IN LIMINE AND BRIEF    svc | | | | |
| | RULE 609 MOTION IN LIMINE AND BRIEF    svc | | | | |
| | RULE 403 AND 404 MOTION IN LIMINE AND BRIEF    svc | | | | |
| | REQUEST FOR NOTICE UNDER RULE 12(d)(2) OF INTENTION OF GOVERMENT TO USE EVIDENCE IN CASE IN CHIEF AT TRIAL    svc | | | | |
| | RULE 801(d)(2)(E) MOTION IN LIMINE AND BRIEF    svc | | | | |
| AUG 17 | GOVERNMENT'S RESPONSE TO DEFENDANT RICHARD'S MOTION FOR DISCOVERY AND INSPECTION AND BRIEF    svc | | | | |

SEE NEXT PAGE
CONTINUED TO PAGE

| UNITED STATES DISTRICT COURT | | PAGE 3 | 3:92-CR-232-R |
|---|---|---|---|
| CRIMINAL DOCKET | U.S. vs Mark Clairborne Pennington | | |
| AO 256A | | | Yr. \| Docket No. \| Def. |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) \| (b) \| (c) \| (d) |
|---|---|---|
| **1992** <br> AUG 17 | GOVERNMENT'S RESPONSE TO DEFENDANT PENNINGTON'S MOTION FOR NOTICE UNDER RULE 12(d)(2)   svc | |
| | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS IN LIMINE UNDER RULES 608 AND 609   svc | |
| | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE UNDER RULES 403 AND 404   svc | |
| | GOVERNMENT'S RESPONSE TO DEFENDANT"S MOTION IN LIMINE UNDER RULE 801(d)(2)(E)   svc | |
| | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR BRADY AND GIGLIO MATERIAL AND BRIEF   svc | |
| AUG 28 | PLEA AGREEMENT   svc | |
| | FACTUAL RESUME   svc | |
| | MO...REARRAIGNMENT...Deft plead guilty; Sentencing set for 11-6-92   svc | |
| SEP 10 | WAIVER OF 10 DAY MINIMUM PERIOD FOR DISCLOSURE OF THE PRESENTENCE REPORT   svc | |
| | DEFENDANT'S WAIVER OF THE PRESENTENCE INVESTIGATION REPORT   svc | |
| SEP 16 | **SCHEDULING ORDER FOR SENTENCING UNDER LOCAL RULE 10.9 (GUIDELINES SENTENCING)**...PSI by 10-2-92; written obj to PSI by 10-16-92; addendum by 10-23-92; written obj to addendum by 10-30-92 & Sentencing set for 11-6-92 @ 2:00 Cpy Judge,AUSA,PT,PB,USM,Cnsl,Esther/dkt 9-17-92 JB:svc | |
| Oct 5 | **GOVTS. RESPONSE TO PRESENTENCE REPORT.**   dh | |
| OCT 13 | DEFENDANT'S RESPONSE TO THE PRESENTENCE REPORT   svc | |
| OCT 30 | DEFENDANT'S SENTENCING REQUEST   svc | |
| Nov 6 | M.E. Defendant sentenced.   JB/dh | |
| Nov 9 | **JDUGMENT IN A CRIMINAL CASE** ... deft. sent. on 11/6/92 on count 1 to 180 months ... remanded to custody of marshal ... placed on supervised release for 5 years with 3 special conditions ... pay $50 MSA...no fine assessed. dkt'd 11/9/92   JB/dh <br> copies to counsel,pt.,prob.,marshal & EV | |
| DEC 2 | US MARSHAL'S RETURN OF WARRANT FOR ARREST...Warrant returned unexecuted   svc | |
| MAY 4 | MARSHAL'S RETURN OF J&C DEFT DELIVERED ON 12-10-92 to FCI Bastrop, TX   svc | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET<br>AO 256A | USA VS. MARK CLAIRBORNE PENNINGTON | 3:92-CR-232-R (01)  PA |
|---|---|---|

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|
| | (Document No.) | (a) \| (b) \| (c) \| (d) |
| **2006**<br>Jul 11 | Mailed certified copy of docket sheet, indictment, and judgment to the SD/TX Corpus Christi Division.   klm | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days